■ BRIAN NOCELLA, Appellant, v FORT DEARBORN LIFE INSURANCE COMPANY OF NEW YORK et al., Defendants, and EMIGRANT MORTGAGE COMPANY, INC., Respondent. [951 NYS2d 897]—■

The facts of this case have been set forth in our decision and order in a companion appeal (*see Nocella v Fort Dearborn Life Ins. Co. of N.Y.*, 99 AD3d 872 [2012] [decided herewith]). The defendant Emigrant Mortgage Company, Inc. (hereinafter Emigrant), established its prima facie entitlement to judgment as a matter of law, and the plaintiff failed to raise a triable issue of fact in opposition. Therefore, the Supreme Court properly granted that branch of Emigrant's motion which was for summary judgment dismissing the complaint insofar as asserted against it (*cf. Baron v Galasso*, 83 AD3d 626 [2011]). Belen, J.P., Lott, Sgroi and Cohen, JJ., concur.